JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIBEL MONCADA,  )<br>            Plaintiff,  )<br>   vs.  )<br>WELLS FARGO BANK, N.A.,  )<br>            Defendant.  )<br>_____ ) | Case No.:  CV 09-2290 DSF (SHx)<br><br>JUDGMENT |

    Plaintiff having failed to oppose Defendant Wells Fargo Bank, N.A.'s motion to dismiss and having failed to file an amended complaint by the date specified in the Court's June 9, 2009 Order,

    IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/15/09

_____
Dale S. Fischer
United States District Judge